UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| AZAR SADEGHI, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:19-cv-1029 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ROSEMARIE AQUILINA, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.** This is a final order.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 11, 2020            /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge